Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  25−21254−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Feliciano Mendoza
   6511 Hudson Avenue, Apt. 3
   West New York, NJ 07093

Social Security No.:
   xxx−xx−4457

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 12, 2026.

Dated: January 12, 2026
JAN: zlh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 25-21254-JKS
Feliciano Mendoza                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: plncf13 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Feliciano Mendoza, 6511 Hudson Avenue, Apt. 3, West New York, NJ 07093-8800 |
| cr | + | Jenelle C. Arnold ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego,, CA 92108-3808 |
| r | + | Youssef Realty One Group Legend, 600 Getty Avenue, Ste. 302, Clifton, NJ 07011-2161 |
| 520857484 | + | Carmen Canela, ATTN: Nestor F. Guzman, Esq., Law Office of Nestor F. Guzman, Esq., 250 Madison Avenue, Paterson, NJ 07524-1814 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2026 21:06:31 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520857483 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2026 21:06:30 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520857485 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2026 20:54:00 | Nationstar/Mr Cooper, 350 Highland Street, Houston, TX 77009-6623 |
| 520932662 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2026 21:06:44 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520857486 | ^ | MEBN | Jan 12 2026 20:48:03 | Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Roseland, NJ 07068-1000 |
| 520857487 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2026 21:06:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520857489 | | Email/Text: bankruptcy@td.com | Jan 12 2026 20:55:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520931801 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2026 20:54:00 | U.S. Bank National Association, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: plncf13 | Total Noticed: 14 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520857488 | * | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026                           Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lehman XS Trust Mortgage Pass-Through Certificates Series 2006-GP2, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D Nealy | on behalf of Debtor Feliciano Mendoza nealylaw@gmail.com r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;catina.wdnlaw@gmail.com |

TOTAL: 4