WALTER D. NEALY
100 SOUTH VAN BRUNT ST.
SUITE 2C
ENGLEWOOD, NJ  07631

Re:    FELICIANO MENDOZA
    6511 HUDSON AVENUE, APT. 3
    WEST NEW YORK,  NJ  07093

Atty:    WALTER D. NEALY
    100 SOUTH VAN BRUNT ST.
    SUITE 2C
    ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 25-21254

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 12/09/2025 | $663.00 | 38160450753 | 12/09/2025 | $663.00 | 38160450742 |

**Total Receipts:  $1,326.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,326.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 79.56 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 0.00 | 3,750.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | NATIONSTAR/MR COOPER | (NEW) Prepetition / | 259,983.18 | 100.00% | 0.00 | 259,983.18 |
| 0005 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | TD BANK, N.A. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | RESURGENT CAPITAL SERVICES | UNSECURED | 118.65 | 100.00% | 0.00 | 118.65 |

**Total Paid:  $79.56**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $1,326.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $79.56    =    Funds on Hand: $1,246.44

**Chapter 13 Case # 25-21254**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.