| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-GP2, U.S. Bank National Association, as Trustee | Order Filed on January 21, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Feliciano Mendoza<br>Debtor | Case No.:  25-21254 JKS<br><br>Hearing Date: 1/8/2026 @ 8:30 a.m.<br><br>Judge:  John K. Sherwood |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 21, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:      Feliciano Mendoza
Case No.:    25-21254 JKS
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-GP2, U.S. Bank National Association, as Trustee, holder of a mortgage on real property located at 6511 Hudson Avenue, West New York, NJ, 07093, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Walter D. Nealy, P.C. attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor agrees to attempt to sell the subject property or pay off the subject mortgage loan by April 1, 2026; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall make regular monthly mortgage payments per the note, mortgage, and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the closing for the sale of the subject property has not occurred by April 1, 2026, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the full pre-petition arrears or any post-petition arrears that may accrue while the sale is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the sale of the property is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, surrendering the subject property, or in a manner otherwise permitted by the code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.