**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   FELICIANO MENDOZA

Order Filed on May 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-21254 JKS**

**Hearing Date:  5/14/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 14, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  FELICIANO MENDOZA

Case No.:  25-21254

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 05/14/2026 on notice to WALTER D. NEALY, and

to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to extend time to sell property and address the

  Trustee arrears by 5/21/2026 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that the above has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.