**WALTER D. NEALY, P.C.**
**ATTORNEY AT LAW**
**21 Main Street, Building South West Wing, 1st Floor, Suite 154**
**Hackensack, New Jersey 07601**

**Office No. (201) 227-0063**                          **Walter D. Nealy, Esq.**
**Fax No. (201) 983-6779**                          **walter@wdnlaw.com**

May 21, 2026

Honorable Judge John K. Sherwood
MLK Jr Federal Building
50 Walnut Street
Newark, New Jersey 07102
Courtroom 3D

       **Re: Feliciano Mendoza**
       **Bankruptcy Case No. 25-21254-JKS**

Dear Honorable Judge Sherwood;

       This letter respectfully requests the withdrawal of the Modified Chapter 13 Plan filed on May 21, 2026 and docketed as Docket No. 42 in the above-referenced case.

       Should your honor require any further information or clarification regarding this matter, please do not hesitate to contact me.

Sincerely,

       /s/ WALTER D. NEALY
       **Walter D. Nealy, Esq.**