**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

FELICIANO MENDOZA

**Case No.: 25-21254**

**Adv. No.:**

**Hearing Date: 10/08/2026**

**Judge: TBA**

**CERTIFICATION OF SERVICE**

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/16/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
FELICIANO MENDOZA
6511 HUDSON AVENUE, APT. 3
WEST NEW YORK, NJ 07093
Mode of Service: Regular Mail

---

Attorney for Debtor(s):
WALTER D. NEALY
100 SOUTH VAN BRUNT ST.
SUITE 2C
ENGLEWOOD, NJ 07631
Mode of Service: ECF and/or Regular Mail

---

Dated: September 16, 2026

By: /S/ Keith Guarneri
Keith Guarneri